**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **MICHELY PAIVA ALVES,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-25-CV-306-KC** |
| | § | |
| **U.S. DEPARTMENT OF JUSTICE,** | § | |
| **et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**<u>SHOW CAUSE ORDER</u>**

On this day, the Court considered the case.  On February 12, 2026, the Court ordered Alves to file a status report stating whether she appealed the denial of her application for relief and to inform the Court on how she intends to proceed by March 12.  Feb. 12, 2026, Order, ECF No. 27.  This deadline has now passed, and Alves did not file the status report.

Accordingly, the Court **ORDERS** Alves to file a status report stating whether she appealed the denial of her application for relief and how she intends to proceed **<u>by no later than March 20, 2026</u>**.

**IT IS FURTHER ORDERED** that Alves must **SHOW CAUSE** for her failure to comply with the Court's February 12, 2026, Order, **<u>by no later than March 20, 2026</u>**.

**SO ORDERED**.

SIGNED this 13th day of March, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE